Jose Z. RODRIGUEZ, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2011–3073.

United States Court of Appeals,
Federal Circuit.

Oct. 26, 2011.

Edward P. Fahey Jr., Attorney at Law, Laredo, TX, for Petitioner.

Before PROST, Mayer, and GAJARSA, Circuit Judges.

## ON MOTION

PER CURIAM.

## ORDER

Jose Z. Rodriguez moves for reconsideration of the court's order dismissing this petition as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

Irma S. OCHOA, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2011–3069.

United States Court of Appeals,
Federal Circuit.

Oct. 26, 2011.

Edward P. Fahey Jr., Laredo, TX, for Petitioner.

Before PROST, MAYER, and GAJARSA, Circuit Judges.

## ON MOTION

PER CURIAM.

## ORDER

Irma S. Ochoa moves for reconsideration of the court's order dismissing this petition as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.